# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY HALLBERG,**<br><br>*Petitioner,*<br><br>v.<br><br>**ATTORNEY GENERAL OF PENNSYLVANIA,** *et al.*<br><br>*Respondents.* | **Case No. 2:20-cv-2347-JDW** |

## ORDER

**AND NOW**, this 23rd day of July, 2020, upon review of Petitioner's Emergency Petition for Writ of Habeas Corpus (ECF No. 2), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Petitioner's Petition is **DENIED WITHOUT PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**
**UNITED STATES DISTRICT JUDGE**